J. P. Coleman, Attorney General v. United Gas
Pipe Line Co.

J. P. Coleman, Attorney General v. Interstate
Natural Gas Co.

J. P. Coleman, Attorney General v. Southern
Natural Gas Co.

Mar. 2, 1953

Nos. 38756, 38760, 38762     22 Adv. S. 37-38     63 So. 2d 90

See ante Coleman, Attorney General v. Trunkline Gas
Co., No. 38755.

ON SUGGESTION OF ERROR

Hall, J.

Appellees own both interstate and intrastate pipe lines in Mississippi. They do not question the right of the State to impose a privilege tax on their intrastate lines, and the question here presented is the right of the State to collect a privilege tax on the interstate pipe line operations. Except as to the length of the lines and amount of tax involved, these cases are identical with and are controlled by the opinion this day delivered in the case of J. P. Coleman, Attorney General v. Trunkline Gas Company, No. 38,755, and for the reasons therein given the Suggestion of Error is sustained, the former opinions herein are withdrawn and the causes affirmed.

Suggestion of Error sustained, former opinions withdrawn and causes affirmed.

*McGehee, C. J.,* and *Roberds, Holmes* and *Lotterhos, JJ.,* concur.

***

Ethridge, J., dissenting.

I respectfully dissent from the views of the majority opinion in these cases. My views are expressed in the original opinions thereon, now withdrawn, and printed in 9 Adv. S. 31, 61 So. 2d, pages 290, 293, 294, and in the dissenting opinion on suggestion of error in the companion case of J. P. Coleman, Attorney General v. Trunkline Gas Company, No. 38755.

*Lee, Kyle* and *Arrington, JJ.,* concur in this dissent.